(No. 5804—)

SUN OIL COMPANY, Claimant, vs. STATE OF Illinois, VARIOUS STATE AGENCIES, Respondent.

*Opinion filed May 11, 1971.*

SUN OIL COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.